# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|   |   |
|---|---|
| **Debtor:** | CARL & CHRISTINE SMITH |
| **Case Number:** | 2:09-BK-01275-RTBP  **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, AUGUST 14, 2009 09:00 AM   PRESCOTT |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

CONTINUED      PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR AMERICA'S SERVICING COMPANY ITS SUCCESSORS AND/OR ASSIGNS (9701 E. CATALINA DR., PRESCOTT VALLEY)

**R / M #:**   25 / 0

## Appearances:

ANTHONY W. CLARK, ATTORNEY FOR CARL SMITH, CHRISTINE SMITH
MAY LU, ATTORNEY FOR MERS

## Proceedings:

Mr. Clark notes there is a dispute regarding the monthly payments which is keeping the stipulation from being signed. He would like a continuance to try to work things out.

Ms. Lu notes the stipulation was sent to counsel 3 or 4 times. She would like the court to order the debtors to either enter into the stipulation or the stay lifts in 30 days.

COURT: SO ORDERED. Counsel may lodge a certificate and order in 30 days if the stipulation is not signed.